# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MOBILE NURSING OPERATIONS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SHAUL KOPELOWITZ, | ) ) |
| Defendant. | ) |

CIVIL ACTION NO.: 1:22-CV-00263

## COMPLAINT

Plaintiff, Mobile Nursing Operations, LLC ("MNO"), brings this action against Shaul Kopelowitz ("Kopelowitz") for breach of a Payment and Performance Guaranty Agreement. In support of this Complaint, MNO alleges and avers as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1332(a), because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs and is between citizens of different states.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1391(b)(2).

## THE PARTIES

3. Plaintiff, MNO, is a limited liability company duly organized under the laws of the State of Alabama with a principal office at 145 North Highland Drive, Many, Louisiana 71449.

4. Defendant, Kopelowitz, is a resident of New York.

## FACTUAL BACKGROUND

5. On or about April 29, 2021, an entity known as SKA Capital, LLC, signed a promissory note (the "Note") in favor of MNO for the principal amount of $2,000,000.00. A copy of the Note is attached hereto as Exhibit A.

6. SKA Capital, LLC, executed the Note in connection with its purchase of MNO's interest in a skilled nursing facility located in Mobile, Alabama.

7. Also on or about April 29, 2021, Kopelowitz signed a Payment and Performance Guaranty Agreement (the "Guaranty"). A copy of the Guaranty is attached hereto as Exhibit B.

8. Under Sections 1 and 4(d) of the Guaranty, Kopelowitz personally guaranteed to MNO the full, regular and punctual payment and performance of the obligations of SKA Capital, LLC, under the Note.

9. Section 4.2 of the Note required that SKA pay interest to MNO monthly. The most recent interest payments were $8,290.03 per month.

10. Despite repeated correspondence from MNO, SKA has failed to pay interest since November 1, 2021, representing a total past due interest amount of at least $49,740.18.

11. In addition, Section 4.2(a) of the Note required SKA to pay one-third of the outstanding principal amount of the Note, or $666,666.66, on May 1, 2022. As of the date of filing this Complaint, SKA has failed to make the required principal payment.

12. The events described in Paragraphs 10 and 11 of this Complaint constitute events of default ("Events of Default") under the Note.

13. Section 7 of the Note provides that, upon the occurrence of an Event of Default, MNO may at its option declare the entire principal amount of the Note, together with all accrued interest thereon and all other amounts payable thereunder, immediately due and payable and/or exercise any or all its rights, powers or remedies under the Guaranty.

14. On May 13, 2022, MNO declared the entire principal amount of the Note, together with all accrued interest thereon, immediately due and payable. MNO further demanded payment of that sum from SKA. A copy of MNO's written notice of default and demand to SKA is attached hereto as Exhibit C. As of the date of this Complaint, SKA has failed to comply or otherwise satisfy its obligations under the Note.

15. On May 27, 2022, MNO notified Kopelowitz in writing of SKA's default and demanded that he pay all sums due under the Note. A copy of MNO's notice of default and demand to Kopelowitz is attached hereto as Exhibit D.

16. As of the date of this Complaint, Kopelowitz has failed to comply or otherwise satisfy his obligations under the Guaranty.

17. Section 15 of the Guaranty provides MNO with the right to proceed directly against Kopelowitz to collect the full amount of SKA's liability without proceeding against SKA or any other person.

## COUNT ONE

### (BREACH OF CONTRACT)

18. Plaintiff adopts and incorporates here the averments contained in paragraphs 1 through 17 above.

18. Kopelowitz has breached the Guaranty by failing to pay to MNO all sums due under the Note.

WHEREFORE, Plaintiff demands judgment against Kopelowitz for all damages available under the Guaranty, including all principal and interest due under the Note, costs, interest, attorney's fees, and such other, further relief as the Court deems just.

/s/ *James P. Pewitt*
James P. Pewitt
Alabama Bar No. ASB-7642-P62J
James P. Pewitt, LLC
Two North Twentieth
2 20th Street North, Suite 925
Birmingham, Alabama 35203
Telephone: (205) 874-6686
Email:  jim@jamespewitt.com


/s/ Archibald T. Reeves, IV
Archibald T. Reeves, IV
Alabama Bar No. ASB-2720-V84A
McDowell Knight Roedder
 & Sledge, L.L.C.
11 North Water Street, Suite 13290
Mobile, Alabama 36602
Telephone: (251) 432-5300
Facsimile: (251) 432-5303
Email:  areeves@mcdowellknight.com


**PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AT THE FOLLOWING ADDRESS:**

Shaul Kopelowitz
286 North Main Street
Spring Valley, NY 10977