# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MOBILE NURSING OPERATIONS, LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 1:22-00263-KD-B |
| | : | |
| **SHAUL KOPELOWITZ,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b) and S.D. Ala. Gen. LR 72(b), and dated November 28, 2022 (Doc. 26), is **ADOPTED IN PART** as the opinion of this Court as follows: the Report & Recommendation is **ADOPTED** through Section III(A) (Doc. 26 at 1-13); and Defendant Shaul Kopelowitz's Motion to Dismiss or, Alternatively, To Join Necessary Parties (Azalea Health and Rehab, LLC and Azalea Propco, LLC) (Doc. 5) is **DENIED** as those entities have now filed a motion to intervene (Doc. 29).

**DONE** and **ORDERED** this the **5th** day of **January 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**